**Electronically Filed
Supreme Court
SCOT-18-0000086
03-APR-2018
08:44 AM**

SCOT-18-0000086

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

KE KAILANI DEVELOPMENT, LLC, a Hawaii limited liability company, and MICHAEL J. FUCHS, Petitioners/Plaintiffs-Appellants,

vs.

KE KAILANI PARTNERS LLC, a Hawaii limited liability company, HAWAII RENAISSANCE BUILDERS LLC, a Delaware limited liability company, BAYS LUNG ROSE & HOLMA, a Hawaii law partnership, and GEORGE VAN BUREN, solely in his capacity as Foreclosure Commissioner, Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0004290; CIV. NO. 11-1-1577-07)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ., and Circuit Judge Trader, in place of Recktenwald, C.J., recused)

The application for writ of certiorari, filed on

February 12, 2018, is hereby rejected.

DATED: Honolulu, Hawai'i, April 3, 2018.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Rom A. Trader

